AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Organizational Defendants) |
| EAGLE SHIP MANAGEMENT, LLC | CASE NUMBER: 2:25cr138 "E" |
| | Harry Rosenberg, Gregory Linsin, Stacey Mitchell |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  Count One of Bill of Information
☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.
☐ was found guilty on count(s) _____
    after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 33 U.S.C. § 1908; 18 U.S.C. § 2(b); 33 U.S.C. § 151.10(b) and 151.25 | Enforcement – Criminal Penalties | | 1 |

The defendant organization is sentenced as provided in pages 2 through  5  of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.: 80-0435547

Defendant Organization's Principal Business Address:
300 First Stamford Place
Stamford, Connecticut 06902-6765

Defendant Organization's Mailing Address:
300 First Stamford Place
Stamford, Connecticut 06902-6765

10/16/2025
Date of Imposition of Judgment

*Susie Morgan* (signature)
Signature of Judge

Susie Morgan, United States District Judge
Name and Title of Judge

10/16/2025
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
          Sheet 2 — Probation

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION:    EAGLE SHIP MANAGEMENT, LLC
CASE NUMBER:    2:25cr138 "E"

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

**Four (4) Years.**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2B — Probation

Judgment—Page 3 of 5

DEFENDANT ORGANIZATION:   EAGLE SHIP MANAGEMENT, LLC
CASE NUMBER:    2:25cr138 "E"

# SPECIAL CONDITIONS OF SUPERVISION

1. EAGLE SHIP SHALL COMMIT NO FURTHER VIOLATIONS OF MARPOL 73/78, FEDERAL, STATE, OR LOCAL LAW, AND SHALL CONDUCT ALL OPERATIONS IN ACCORDANCE WITH THE ENVIRONMENTAL LAWS OF THE UNITED STATES;

2. PAYMENT IN FULL OF THE MONETARY AMOUNTS SET FORTH HEREIN INCLUDING THE SPECIAL ASSESSMENT AND CRIMINAL FINE;

3. AT ITS OWN EXPENSE, AND AT NO EXPENSE TO THE GOVERNMENT OR THE COURT, EAGLE SHIP SHALL DEVELOP, ADOPT AND IMPLEMENT AN ENVIRONMENTAL COMPLIANCE PLAN (ECP) SUBJECT TO REVIEW AND APPROVAL BY THE UNITED STATES AND CONSISTENT WITH USSG §8DL.4, AND ATTACHED HERETO AS ATTACHMENT B AND INCORPORATED HEREIN. AS SET FORTH IN ATTACHMENT B, ALL VESSELS COVERED BY THE ECP (COVERED VESSELS) AND ALL SHORE SIDE OFFICES INVOLVED IN TECHNICAL MANAGEMENT MUST BE AUDITED BY AN OUTSIDE AND INDEPENDENT EXTERNAL AUDITOR SUBJECT TO APPROVAL BY THE UNITED STATES, I.E., THE COURT APPOINTED MONITOR (CAM). THE CAM WILL ALSO REVIEW AUDIT RESULTS, ASSURE OVERALL COMPLIANCE AND REPORT TO THE COURT. ALL AUDITS MUST BE DONE UNDERWAY UNLESS, AFTER CONSULTATION WITH ESM AND NOTICE TO THE INTERESTED PARTIES, THE CAM DETERMINES IN HIS DISCRETION THAT AN IN-PORT AUDIT WOULD BE MORE APPROPRIATE. EACH COVERED VESSEL MUST BE AUDITED AT LEAST FOUR TIMES DURING THE PERIOD OF PROBATION UNLESS THE CAM RECOMMENDS ADDITIONAL AUDITS. EAGLE SHIP UNDERSTANDS AND AGREES THAT THE ECP WILL BE INCLUDED AS A SPECIAL CONDITION OF PROBATION AND THAT ANY VIOLATION OF ITS TERMS BY EAGLE SHIP OR ANY OF ITS RELATED ENTITIES OR COVERED VESSELS MAY BE GROUNDS FOR THE REVOCATION OF PROBATION AS TO EAGLE SHIP;

4. EAGLE SHIP WILL NOT ENGAGE, PARTICIPATE, OR ASSIST IN, OR FUND, ANY POST-TRIAL LITIGATION OR ANCILLARY LITIGATION BROUGHT BY ANY PERSON AGAINST THE UNITED STATES OR ANY AGENCY OR PERSON THEREOF.

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
    Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT ORGANIZATION: EAGLE SHIP MANAGEMENT, LLC
CASE NUMBER: 2:25cr138 "E"

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 400.00 | $ 1,750,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:
  ☐ the interest requirement is waived for  ☐ fine  ☐ restitution.
  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 4 — Schedule of Payments

Judgment — Page 5 of 5

DEFENDANT ORGANIZATION:    EAGLE SHIP MANAGEMENT, LLC
CASE NUMBER:    2:25cr138 "E"

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due
   ☐ not later than _____ , or
   ☐ in accordance with   ☐ C or   ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

The fine in this matter is to be paid within 20 days of sentencing. Payments shall be made payable to the Clerk, United States District Court, and are to be forwarded to the following address: U.S. Clerk's Office; ATTN: Financial Section; 500 Poydras Street; Room C151; New Orleans, Louisiana 70130. The U.S. Probation Office and the U.S. Attorney's Office are responsible for enforcement of this order. The special assessment is due immediately.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.